JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLINOYD BROWN, | Case No. CV 06-4169 SJO (JCR) |
| *Plaintiff in Pro Se,* | U.S. District Judge S. James Otero |
| v. | |
| ANTONIO R. VILLARAIGOSA, *et al.* | **JUDGMENT AFTER TRIAL** |
| *Defendants.* | |

1  WE, THE JURY, in the above-entitled action now reach our unanimous verdict on
2  the following questions submitted to us:

4  **QUESTION NO. 1:** Did any of the following defendants use excessive force against
5  Flinoyd Brown?
6  *Check "yes" or "no" following the name of each defendant:*

| Defendant | Yes | No |
|---|---|---|
| MARY O'CALLAGHAN | _____ | **X** |
| THOMAS RALPH | _____ | **X** |
| MELL HOGG | _____ | **X** |
| SHAWN MASSEY | _____ | **X** |
| DOUGLAS ZABILSKI | _____ | **X** |
| ILDEFONSO FELIX | _____ | **X** |
| DREON BROWN | _____ | **X** |

*If you answered "No" as to all defendants, please sign, date and return the verdict form.*
*If you answered "Yes" a to any defendant, please proceed to Question No. 2.*

**QUESTION NO. 2:** For each defendant for whom you answered "Yes" in Question No. 2, was the force used by that defendant a substantial factor in causing harm to Flinoyd Brown?
*Check "yes" or "no" following the name of each defendant for whom you answered "yes" to in Question No. 1:*

| Defendant | Yes | No |
|---|---|---|
| MARY O'CALLAGHAN | _____ | _____ |
| THOMAS RALPH | _____ | _____ |
| MELL HOGG | _____ | _____ |
| SHAWN MASSEY | _____ | _____ |
| DOUGLAS ZABILSKI | _____ | _____ |
| ILDEFONSO FELIX | _____ | _____ |
| DREON BROWN | _____ | _____ |

*If you answered "No" as to all defendants, please sign, date and return the verdict form.*

*If you answered "Yes" as to any defendant, please proceed to the next question.*

**QUESTION NO. 3:** What are plaintiff's damages?

    TOTAL        **0**

**QUESTION NO. 4:** For any of the defendants to whom you answered "Yes" in question number 2, did Plaintiff prove that the defendant acted malicious, oppressive or in reckless disregard of his rights?

| | | |
|---|---|---|
| MARY O'CALLAGHAN | Yes_____ | No_____ |
| THOMAS RALPH | Yes_____ | No_____ |
| MELL HOGG | Yes_____ | No_____ |
| SHAWN MASSEY | Yes_____ | No_____ |
| DOUGLAS ZABILSKI | Yes_____ | No_____ |
| ILDEFONSO FELIX | Yes_____ | No_____ |
| DREON BROWN | Yes_____ | No_____ |

Please sign and date the verdict form and return it to the clerk of the Court.

Signed:____*Confidential*_____    Dated: ___*August 15, 2013*___
         FOREPERSON

     Pursuant to Rules 54(a) and 58(b)(2)(A) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered in favor of Defendants ILDEFONSO FELIX, DREON BROWN, DOUGLAS ZABILSKI, THOMAS RALPH, MARY O'CALLAGHAN, MEL HOGG, and SHAWN MASSEY, and against Plaintiff FLINOYD BROWN and that Plaintiff take nothing; and

1  that Defendants ILDEFONSO FELIX, DREON BROWN, DOUGLAS ZABILSKI,
2  THOMAS RALPH, MARY O'CALLAGHAN, MEL HOGG, and SHAWN MASSEY, and
3  against Plaintiff FLINOYD BROWN be entitled to recover their costs from the Plaintiff
4  in accordance with Local Rule 54.

5          August 25, 2013.

6  DATED: _____    _____
7                                                                 S. JAMES OTERO
                                                              United States District Judge